# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**FIONA LENNON** and **BARNEY IVANOVIC,**
Appellants,

v.

**BANK OF AMERICA, N.A.,** Successor by Merger to BAC Home Loans Servicing, LP, f/k/a Countrywide Home Loans Servicing, L.P.,
Appellee.

No. 4D18-3355

[November 7, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey Dana Gillen, Judge; L.T. Case No. 502011CA20211XXXMB.

Fiona Lennon and Barney Ivanovic, Atlantis, pro se.

Jonathan Jacobson and Zachary Ullman of Aldridge Pite, LLP, Delray Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CONNER and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***